# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  APPOINTMENT TO DOMESTIC | : | No. 625 |
| | : | |
| RELATIONS PROCEDURAL RULES | : | CIVIL PROCEDURAL RULES DOCKET |
| | : | |
| COMMITTEE | : | |

## O R D E R

**PER CURIAM:**

AND NOW, this 22nd day of June, 2015, Elisabeth Bennington, Esquire, Allegheny County, is hereby appointed as a member of the Domestic Relations Procedural Rules Committee for a term of three years commencing June 25, 2015.